In the Matter of FRANK L. JOHNSON, JR., an attorney at law.

March 27, 1967. Name of respondent stricken from the roll of attorneys at law. Opinion reported at 49 *N. J.* 110.

In the Matter of A. HENRY GIORDANO, an attorney at law.

April 24, 1967. Resignation with prejudice pursuant to *R. R.* 1:18A accepted. Opinion reported at 49 *N. J.* 210.

In the Matter of JAMES F. HENNEBERRY, JR., an attorney at law.

April 24, 1967. Respondent suspended from practice for six months and until further order of the Court. Opinion reported at 49 *N. J.* 210.

In the Matter of JULIUS BRAUN, an attorney at law.

March 20, 1967. Reprimanded. Opinion reported at 49 *N. J.* 16.